**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Javier Alvarado v. Lexington Insurance Company

Appellate case number:    01-10-01150-CV

Trial court case number:  0936711A

Trial court:             11th District Court of Harris County

      This Court ORDERS that the Clerk of the Court withdraw the mandate issued on August 9, 2012.

      It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                     Acting individually

Date:  October 18, 2012